```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

BESSIE BOATWRIGHT,              }
                                }
     Plaintiff,                 }
                                }     CIVIL ACTION NO.
v.                              }     08-AR-0784-S
                                }
WAL-MART STORES EAST, L.P.,     }
                                }
     Defendant.                 }
                                }
```

## MEMORANDUM OPINION

The subject-matter jurisdiction of this court was invoked by defendant, Wal-Mart Stores East, L.P., when it removed the above-entitled case from the Circuit Court of Jefferson County, Alabama, to this court, alleging that the parties are diverse and that the amount in controversy exceeds $75,000.  Plaintiff, Bessie Boatwright, moved to remand.  She concedes the obvious, namely, that the "amount in controversy . . . is **potentially** in excess of $75,000" (emphasis supplied).  Apparently not comprehending the significance of *Lowery v. Alabama Power Co.*, 483 F.3d 1184 (11th Cir. 2007), and *Constant v. International House of Pancakes, Inc.*, 487 F.Supp.2d 1308 (N.D. Ala. 2007), plaintiff wants to add as a defendant the non-diverse local store manager of Wal-Mart.  Such an amendment, if allowed, would, of course, destroy any jurisdiction based on 28 U.S.C. § 1332.  Such an amendment is unnecessary to plaintiff's motion to remand.

Whether the state court will allow an amendment to add a non-diverse defendant is not for this court to decide. This court facially lacked subject-matter jurisdiction when the case was removed. Although a recovery in excess of $75,000 may very well eventuate, so that the case would have been removable under the pre-*Lowery* regime, *Lowery* closed the door, and the door must remain closed unless and until the Supreme Court of the United States opens it. Plaintiff's motion to remand will be granted by separate order.

DONE this 19th day of May, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE